1 | TIMOTHY B. ROTE, 184781
COCHRAN LAW FIRM
2 | 2014 TULARE, #604
FRESNO, CALIFORNIA 93721
3 | TELEPHONE: (800) 887-0000

4 | ATTORNEY FOR DEFENDANT

**FILED**
JUL - 8 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
5 | EASTERN DISTRICT OF CALIFORNIA

6

7 | UNITED STATES OF AMERICA,   ) CASE NO. 1:05-148-OWW
   |                Plaintiff,  )
   | v.                         ) SUBSTITUTION OF
8 |                             ) ATTORNEY
   | FIDEL CARRIZOZA,           )
9 |                Defendant.   )

10 | TO ALL PARTIES AND THEIR ATTORNEYS:

11 | TO THE HONORABLE JUDGE PRESIDING HEREIN:

12 | Please take notice that, FIDEL CARRIZOZA, hereby requests to substitute attorney

13 | TIMOTHY B. ROTE (184781)
THE COCHRAN FIRM
14 | 2014 Tulare, Ste 604
Fresno, CA 93721
15 | (800) 887-0000
Fax (559) 322-0897

16 | In place and stead of his former counsel,

17 | I request this substitution:   /s/ Fidel Carrizoza         May 18, 2005
                                    FIDEL CARRIZOZA
18

    I request this substitution:   /s/ Timothy Rote            May 18, 2005
19                                  Timothy Rote, Attorney

20 | I agree to Substitution:       /s/ Ann Voris               May 18, 2005
                                    Former Counsel    ACCORDING TO AN
21 | ON CONDITION CASE PROCESS ACCORDING TO AN
    | EXISTING SCHEDULE.
22 | IT IS HEREBY ORDERED; that Timothy Rote, Attorney at Law, shall be the attorney
    | for FIDEL CARRIZOZA in place and stead of his former counsel.

23 | 7-8-05
24 | Dated                          JUDGE OF THE UNITED STATES DISTRICT COURT

25